**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYON LEE, | Case No. CV 20-6734-DMG (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SUMMIT MANAGEMENT COMPANY; and U.S. BANK NA, | |
| Defendants. | |

This Court having granted Defendants Summit Management Company and U.S. Bank NA's Motion to Dismiss by Order dated November 20, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Hyon Lee.

DATED: November 20, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE